UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Eric Morris, an infant, by his parent and natural guardian, Kizzy Benjamin and by Kizzy Benjamin, individually and Administrator, Estate of Eric Morris.<br><br>     Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br><br>     Defendant. | Case No. 3:20-cv-00799-VAB |

### DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

  Defendant Ford Motor Company ("Ford") respectfully submits this Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). As grounds for its motion and as more fully set forth in its Memorandum of Law in Support of the Motion to Dismiss, Ford states that the Plaintiffs cannot demonstrate general or specific jurisdiction, or that jurisdiction exists under Connecticut's long-arm statute. General jurisdiction fails because Ford is neither incorporated in Connecticut nor maintains its principal place of business there, and its contacts with Connecticut are not sufficient to permit an assertion of general jurisdiction in this case.

  With respect to specific jurisdiction and the Connecticut long-arm statute, none of Ford's alleged tortious conduct occurred in Connecticut and none of the Plaintiffs' claims arise out of any of Ford's activities in Connecticut. Therefore, the Plaintiffs' claims cannot be said to have arisen from Ford's contacts with Connecticut, and Ford's unrelated activities in Connecticut are not a sufficient basis to confer either specific personal jurisdiction or jurisdiction under Connecticut's long-arm statute.

Accordingly, Ford respectfully requests that the Court dismiss this action for lack of personal jurisdiction and grant such other and further relief that this Court deems just and proper.

Respectfully Submitted,

Defendant

**FORD MOTOR COMPANY**

By its Attorneys,

CAMPBELL CONROY & O'NEIL, P.C.

 */s/ Curtis A. Berglund*
James M. Campbell (#09276)
Michelle I. Schaffer (#15607)
Curtis A. Berglund (#29058)
1 Constitution Wharf, Suite 310
Boston, MA  02129
Tel. No.  (617) 241-3000
Fax No. (617)241-5115
jmcampbell@campbell-trial-lawyers.com
mschaffer@campbell-trial-lawyers.com
cberglund@campbell-trial-lawyers.com

### **ORDER**

Ford's Motion to Dismiss is hereby (GRANTED/DENIED).

_____

## CERTIFICATE OF SERVICE

  I hereby certify that on August 13, 2020 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  Robert M. Berke, Esq.
  Law Office of Robert M. Berke
  640 Clinton Avenue
  Bridgeport, CT 06605

              */s/ Curtis A. Berglund*
              Curtis A. Berglund