UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Eric Morris, an infant, by his parent and natural guardian, Kizzy Benjamin and by Kizzy Benjamin, individually and Administrator, Estate of Eric Morris.<br><br>                          Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br><br>                          Defendant. | Case No. 3:20-cv-00799-VAB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiffs, Eric Morris, an infant, by his parent and natural guardian, Kizzy Benjamin and by Kizzy Benjamin, individually and Administrator, Estate of Eric Morris, and the Defendant, Ford Motor Company, being all parties to have appeared in this action, hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a)(1) that the plaintiffs'

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

claims shall be dismissed forthwith with prejudice but without award of costs to any party.  All rights to appeal are hereby waived.

DATED:  October 7, 2020

        Respectfully submitted,

        PLAINTIFFS
        By their attorney

        */s/ Robert M. Berke*
        Robert M. Berke, Esq. (#22117)
        Law Office of Robert M. Berke
        640 Clinton Avenue
        Bridgeport, CT 06605
        Tel: 203-332-6000
        Fax: 203-332-0661
        robertberke@optionline.net


        DEFENDANT
        **FORD MOTOR COMPANY**
        By its attorneys,

        CAMPBELL CONROY & O'NEIL, P.C.

        */s/ Curtis A. Berglund*
        James M. Campbell (#09276)
        Michelle I. Schaffer (#15607)
        Curtis A. Berglund (#29058)
        1 Constitution Wharf, Suite 310
        Boston, MA  02129
        Tel. No.  (617) 241-3000
        Fax No. (617)241-5115
        jmcampbell@campbell-trial-lawyers.com
        mschaffer@campbell-trial-lawyers.com
        cberglund@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2020 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

James M. Campbell
Michelle I. Schaffer
Curtis A. Berglund
1 Constitution Wharf, Suite 310
Boston, MA  02129

                                                  */s/ Robert M. Berke*
                                                  Robert M. Berke